UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NOEL D.E. DANDY

v.                                                                                              CA 10-286 ML

STATE OF RHODE ISLAND

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection (Docket #8) to a Report and Recommendation issued by Magistrate Judge Almond on July 15, 2010 (Docket #4). The Magistrate Judge recommends dismissal of Plaintiff's original complaint pursuant to 28. U.S.C. § 1915 (e)(2). In addition to filing his objection to the Report and Recommendation, Plaintiff has filed a document that the Court takes to be a motion to amend and proposed amended complaint (Docket #7).

This Court has reviewed the Report and Recommendation and Plaintiff's objection; having done so, this Court concurs in the Magistrate Judge's assessment that the original complaint is "frivolous" and/or "fails to state a claim on which relief may be granted." This Court has also reviewed Plaintiff's proposed amended complaint and finds that it is a nearly indecipherable listing of various events, none of which, even viewed liberally, sets forth a factual basis for any cognizable legal claim against the named defendants. It, too, therefore, ought to be and it is hereby DISMISSED pursuant

to 28 U.S.C. § 1915(e)(2). The Court also adopts the Report and Recommendation and the original complaint is likewise DISMISSED.

SO ORDERED:

*Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
August 5, 2010